IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEO PACHECO,

    Plaintiff,

                                          Case No.  1:20-cv-00146-SMV-JHR

v.

THOMAS ALLEN, MOLTZ CONSTRUCTORS
INC. and ZURICH AMERICAN INSURANCE
COMPANY,

    Defendants.

## CERTIFICATE OF SERVICE

      I hereby Certify that on the 24th day of April, 2020, Plaintiff's Initial Disclosures were emailed to:

Lucas Frank
Moses Dunn Farmer & Tuthill P.C.
P.O. Box 27047
Albuquerque, NM 87125
lucas@moseslaw.com
*Attorney for Defendant Zurich*

And

Anne L. Kemp
P.O. Box 93880
Albuquerque, NM 87199
akemp@guebertlaw.com
*Attorney for Defendant Thomas Allen and Moltz Constructors.*

                                                  Respectfully submitted,

                                                  /s/ Sean M. FitzPatrick
                                                  Sean M. FitzPatrick

FitzPatrick Law, LLC  
4801 All Saints Rd. NM  
Albuquerque, NM 87120  
Phone 505-400-0420  
sfitzpatrick@fitzpatricklawllc.com

**CERTIFICATE OF SERVICE**

I hereby Certify that on the 24th day of April, 2020, I filed the foregoing Certificate of Service electronically through the CM/ECF system, which will cause all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

_____
Sean M. FitzPatrick

2